HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950
victor.chavez@fd.org

Attorney for Defendant
AURELIO BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00026 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | **STIPULATION RESETTING MOTIONS** |
| vs. | ) ) | **SCHEDULE; ORDER THEREON** |
| AURELIO BARAJAS, | ) ) | Date: December 16, 2013 |
| *Defendant.* | ) ) ) | Time: 10:00 a.m. Judge: Hon. Anthony W. Ishii |
| | ) | |

The parties through their respective counsel jointly agree and stipulate as follows:

1. The hearing date of October 21, 2013 is vacated.

2. Defendant will file motion to suppress evidence by October 31, 2013;

3. The date for filing the Government reply shall be December 10, 2013;

4. The hearing on motions shall be on December 16, 2013 at 10:00 a.m.

Defendant has proposed this stipulation because additional time is needed to prepare his motion to suppress evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation Resetting Motions Schedule                -1-

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  October 17, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Kimberly A. Sanchez*
 KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

Dated:  October 17, 2013

HEATHER E. WILLIAMS
Federal Defender

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
AURELIO BARAJAS

IT IS SO ORDERED.

Dated:   October 18, 2013

SENIOR  DISTRICT  JUDGE