HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
AURELIO BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-0026 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND  ORDER** |
|  | ) | **CONTINUING STATUS CONFERENCE** |
| vs. | ) |  |
| AURELIO BARAJAS, | ) | Date:    January 27, 2014 |
|  | ) | Time:    10:00 a.m. |
| Defendant. | ) | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Aurelio Barajas, that the status conference currently scheduled for January 13, 2014, before Judge Ishii, **may be rescheduled to January 27, 2014.**

The parties propose this continuance in order to complete tasks related to the pending motion. The requested continuance will conserve time and resources for both parties and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice, including but not limited to, the need for the period of time set forth herein
3  for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 9, 2014         By:    */s/ Kimberly A. Sanchez*
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 9, 2014         By:    */s/ Victor M. Chavez*
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      AURELIO BARAJAS


**O R D E R**

IT IS SO ORDERED.

Dated:   January 9, 2014              _____
                                      SENIOR DISTRICT JUDGE