UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO BARAJAS,<br><br>　　　　　Petitioner<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendant | CASE NO. 1:13-CR-0026 AWI<br>(Civil Case No. 1:16-cv-0896 AWI)<br><br>ORDER REFERRING MATTER TO<br>THE FEDERAL DEFENDER'S OFFICE |

　　　　On June 20, 2016, Petitioner filed a pro se petition under 28 U.S.C. § 2255.  See Crim. Doc. No. 42.

　　　　Pursuant to Eastern District of California General Order 563, Chief District Judge Morrison England appointed the Federal Defender's Office "to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson* [*v. United States*, 135 S.Ct. 2551 (2015)], and to represent any petitions, motions, or applications relating thereto to the Court for disposition."  Eastern Dist. of Cal. Gen. Order 563 (October 14, 2015).

　　　　Here, Petitioner was previously represented by the Federal Defender's Office, and his petition purports to raise issues related to *Johnson* and *Welch v. United States*, 136 S.Ct. 1257 (2016).  Thus, it appears that Petitioner fits within the purview of General Order 563, and that the Federal Defender's Office will represent Petitioner in connection with his § 2255 petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Prior to docketing this order, the Clerk is DIRECTED to add the Federal Defender's Office Panel Administrator Connie Garcia (Connie_Garcia@fdo.gov) to the service list; and

2. As soon as possible, but no later than 45 days from service of this order, the Federal Defender's Office shall either file a supplement to Petitioner's pro se § 2255 petition or notify the Court that it does not intend to file a supplement.[1]

IT IS SO ORDERED.

Dated: July 6, 2016

SENIOR DISTRICT JUDGE

---

[1] If additional time is needed, the Federal Defender's Office may file a request for an extension of time.